# EXHIBIT 2

United States of America
United States Patent and Trademark Office

# CVENT

**Reg. No. 4,742,501**  
**Registered May 26, 2015**  
**Int. Cls.: 9, 35 and 42**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*  
Director of the United States  
Patent and Trademark Office

CVENT, INC. (DELAWARE CORPORATION)
1700 GREENSBORO STATION PLACE
7TH FLOOR
TYSONS CORNER, VA 22102

FOR: DOWNLOADABLE ELECTRONIC DATA FILES AND REPORTS, NAMELY, SURVEY RESULTS AND REPORTS FROM EVENTS, CONFERENCES, AND MEETINGS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-0-2000; IN COMMERCE 5-0-2000.

FOR: CONSULTATION SERVICES IN THE FIELD OF EVENT ORGANIZING AND MANAGEMENT FOR BUSINESSES, GOVERNMENT ENTITIES, AND NON-PROFITS, NAMELY, PROVIDING ORGANIZING AND MARKETING INFORMATION IN THE NATURE OF LISTING, LINKING, TRACKING, REGISTRATION, AND PARTICIPATION IN THE FIELD OF ARRANGING AND CONDUCTING COMMERCIAL, OPERATIONAL, EDUCATIONAL, PROMOTIONAL OR ADVERTISING PURPOSED CONFERENCES AND MEETINGS, VIA THE INTERNET; SUPPORT SERVICES FOR BUSINESSES, GOVERNMENT ENTITIES, AND NON-PROFITS, NAMELY, CONSULTING IN CONNECTION WITH ONLINE PLATFORM AND SOFTWARE PRODUCTS FOR MEETINGS AND EVENTS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 5-0-2000; IN COMMERCE 5-0-2000.

FOR: PROVIDING TEMPORARY USE OF ONLINE NON-DOWNLOADABLE EVENT MANAGEMENT SOFTWARE FOR EVENT REGISTRATION, ATTENDEE MANAGEMENT, EVENT REPORTING AND ANALYTICS, WEB BASED SURVEYS AND VENUE SELECTION; TECHNICAL SUPPORT SERVICES, NAMELY, TROUBLESHOOTING IN THE NATURE OF DIAGNOSING COMPUTER HARDWARE AND SOFTWARE PROBLEMS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-2000; IN COMMERCE 5-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,708,303 AND 2,784,562.

**Reg. No. 4,742,501**  SER. NO. 86-353,846, FILED 7-31-2014.

LINDA MICKLEBURGH, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  *See* 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse)  **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

*****ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  *See* 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  *See* 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:   Fees and requirements for maintaining registrations are subject to change.   Please check the USPTO website for further information.   With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:   A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at**  http://www.uspto.gov.