IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARSUS CONNECT, LLC,

   Plaintiff,

v.

CVENT, INC.,

   Defendant.

CIVIL ACTION FILE
No. 1:17-cv-05165-SCJ

## CORRECTED ORDER

The following order is entered in place of the order entered September 11, 2019. Doc. No. [131].

This matter is before the Court on Defendant's Motion for Summary Judgment (Doc. No. [72-1]) and Plaintiff's Motion for Summary Judgment (Doc. No. [85-1]). As the Court noted in its Order on Defendant's Motion to Strike (Doc. No. [130]), portions of the electronic discovery Plaintiff relies upon in support of its Motion for Summary Judgment were untimely produced. The

Court therefore excluded that information (located at bates [1] numbers TARSUS006560–TARSUS009836). Upon further review, the Court believes other documents contained in Plaintiff's exhibits in support of its Motion for Summary Judgment may have also been untimely produced.

Therefore, Plaintiff is **ORDERED to show cause by September 13, 2019** which documents were produced to Defendant before the close of discovery on January 14, 2019, and which were untimely produced thereafter.[2] The Clerk is **DIRECTED** to submit this show cause order to the Court if Plaintiff fails to comply.

**IT IS SO ORDERED** this 12th day of September, 2019.

*/s/ Steve C. Jones*
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

---

[1] The previous order (Doc. No. [131]) incorrectly referred to the documents by "bytes" number, rather than "bates" number.

[2] The Court instructs Plaintiff to refer to each document by bates number, exhibit number, *and* corresponding docket number entry.

2