IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TARSUS CONNECT, LLC,

    Plaintiff/Counter-Defendant,

v.

CVENT, INC.

    Defendant/Counter-Plaintiff.

Case No.: 1:17-cv-05165-SDG

## MOTION AND BRIEF FOR LEAVE TO SUPPLEMENT RESPONSE OF SEPTEMBER 13, 2019

On September 13, 2019, Plaintiff Tarsus Connect, LLC ("Tarsus Connect") responded to the Court's Order of September 11, 2019. Upon review of that response, it was realized that Tarsus Connect inadvertently failed to fully identify certain documents that had <u>not</u> been excluded (i.e., produced before January 14, 2019) by citation to Exhibit number, Bates No. and the Court's Docket entry number. Accordingly, Tarsus Connect respectfully seeks leave to submit the attached chart, Exhibit A, containing such information. While Exhibit A contains

some duplication, it is provided in this more comprehensive manner (all non-excluded documents) for the convenience of the Court.[1]

Respectfully submitted this 17th day of September 2019.

/s/ Stephen M. Schaetzel
Stephen M. Schaetzel
Georgia State Bar No. 628653
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
sschaetzel@mcciplaw.com

*Attorneys for Plaintiff and Counterclaim-Defendant Tarsus Connect, LLC*

---

[1] Tarsus Connect wanted to be certain that Judge Jones intended to include documents that were not excluded in the September 11, 2019 Order, and reached out to but did not speak with Judge Jones' docket clerk. However, in view of the Court's Order of September 16, 2019 reassigning this case, Tarsus Connect files this motion to leave to insure full compliance with the Court's September 11, 2019 Order.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| TARSUS CONNECT, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>CVENT, INC.<br><br>    Defendant/Counter-Plaintiff. | Case No.: 1:17-cv-05165-SDG |

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing **MOTION AND BRIEF FOR LEAVE TO SUPPLEMENT RESPONSE OF SEPTEMBER 13, 2019** complies with the font and point selections approved by the Court in L.R. 5.1B. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

    Dated this 17th day of September 2019.

                                              /s/ Stephen M. Schaetzel
                                              Stephen M. Schaetzel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARSUS CONNECT, LLC,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>CVENT, INC.<br><br>    Defendant/Counter-Plaintiff. | Case No.: 1:17-cv-05165-SDG |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on this 17th day of September 2019, the foregoing **MOTION AND BRIEF FOR LEAVE TO SUPPLEMENT RESPONSE OF SEPTEMBER 13, 2019** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

Dated: September 17, 2019

                                          /s/ Stephen M. Schaetzel
                                          Stephen M. Schaetzel