IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARSUS CONNECT, LLC, <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> CVENT, INC. <br><br> Defendant/Counter-Plaintiff. | Case No.: 1:17-cv-05165-SDG |

**MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT/COUNTERCLAIMANT CVENT, INC.'S STATEMENT OF ADDITIONAL MATERIAL FACTS (DKT. NO. 170, ¶¶191-242) IN ACCORDANCE WITH L.R. 56.1(b)(3)**

Pursuant to Local Rule 56.1(B) (3), Plaintiff Tarsus Connect, LLC ("Tarsus Connect") hereby requests leave to file a response to each of the facts set forth in Defendant/Counterclaimant Cvent, Inc.'s Statement of Additional Material Facts in Opposition to Plaintiff/Counterclaim Defendant Tarsus Connect, LLC's Motion for Summary Judgment, Dkt. No. 170, ¶¶191-242, in the form attached hereto as Exhibit A.

On November 26, 2019, Defendant Cvent, Inc. (Cvent) filed its Memorandum in Opposition to Plaintiff's Combined Memorandum of Law in Support of its Motion for Partial Summary Judgment (Dkt. 167). Pursuant to the Court's October 22, 2009 Order (Dkt. 148), Cvent also filed Defendant/Counterclaimant Cvent, Inc.'s

Responses and Statements of Material Fact in Opposition to Plaintiff/Counterclaim Defendant Tarsus Connect, LLC's Statement of Material Facts (Dkt. 170).  As a part thereof, Cvent filed a statement of additional material facts, namely Defendant/Counterclaim Cvent, Inc.'s Statement of Additional Material Facts in Opposition to Plaintiff/Counterclaim Defendant Tarsus Connect, LLC's Motion for Summary Judgment.  *See* Dkt. 170, ¶¶191-242, pp. 173-197 ("Statement of Additional Facts"). Cvent's Statement of Additional Facts offer new assertions or reframe prior assertions.

Local Rule 56.1(B)(3) provides that if a party "provides a statement of additional facts, then, within the time allowed for filing a reply, the movant shall file a response to each of the respondent's facts."  In accordance therewith, Tarsus Connect has prepared its response to each of Cvent's Statement of Additional Facts.  To insure compliance with the Court's October 22, 2019 Order and the Local Rules, Tarsus Connect files this motion for leave and attaches as Exhibit A, "Plaintiff/Counter-Defendant Tarsus Connect's Response to Cvent, Inc. Statement of Additional Facts."

Tarsus Connect must respond to Cvent's Statement of Additional Facts in accordance with Local Rule 56.1(B)(3).  To the extent necessary, Tarsus Connect requests leave to file such a response, a copy of which is attached as Exhibit A.

Respectfully submitted this 5th day of December 2019.

/s/ Stephen M. Schaetzel
Stephen M. Schaetzel
Georgia State Bar No. 628653
MEUNIER CARLIN & CURFMAN LLC
999 Peachtree Street NE
Suite 1300
Atlanta, GA 30309
Telephone: (404) 645-7700
*sschaetzel@mcciplaw.com*


*Attorney for Plaintiff and
Counterclaim-Defendant
Tarsus Connect, LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TARSUS CONNECT, LLC,<br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>CVENT, INC.<br>    Defendant/Counter-Plaintiff. | Case No.: 1:17-cv-05165-SCJ |

## LOCAL RULE 7.1D CERTIFICATION

I hereby certify, pursuant to L.R. 5.1B and 7.1D of the Northern District of Georgia, that the foregoing **MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT/COUNTERCLAIMANT CVENT, INC.'S STATEMENT OF ADDITIONAL MATERIAL FACTS (DKT. NO. 170, ¶¶191-242) IN ACCORDANCE WITH L.R. 56.1(b)(3)** complies with the font and point selections approved by the Court in L.R. 5.1B. The foregoing pleading was prepared on a computer using 14-point Times New Roman font.

    Dated this 5th day of December 2019.

                                    /s/ Stephen M. Schaetzel
                                    Stephen M. Schaetzel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARSUS CONNECT, LLC,<br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>CVENT, INC.<br>    Defendant/Counter-Plaintiff. | Case No.: 1:17-cv-05165-SCJ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 5th day of December 2019, the foregoing **MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANT/COUNTERCLAIMANT CVENT, INC.'S STATEMENT OF ADDITIONAL MATERIAL FACTS (DKT. NO. 170, ¶¶191-242) IN ACCORDANCE WITH L.R. 56.1(b)(3)** was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

Date: December 5, 2019        /s/ Stephen M. Schaetzel
                              Stephen M. Schaetzel